KEYSTONE PECAN COMPANY *v.* CLARK, administratrix, *et al.*

PER CURIAM. 1. Under the pleadings and the evidence the court did not err in refusing to grant an interlocutory injunction.

2. An issue not made by the pleadings of either party is not before the court, though evidence upon the issue was submitted upon the hearing for interlocutory injunction, and counsel for both parties, in their briefs of file in this court, treat the issue as in the case. See *Hicks* v. *Marshall*, 67 *Ga.* 713; *Martin* v. *Nichols*, 127 *Ga.* 705 (56 S. E. 995). *Judgment affirmed. All the Justices concur.*

No. 1394. FEBRUARY 14, 1920. REHEARING DENIED FEBRUARY 25, 1920.

Petition for injunction. Before Judge Harrell. Calhoun superior court. March 4, 1919.

*Milner & Farkas,* for plaintiff.

*Yeomans & Wilkinson* and *Robert R. Forrester,* for defendants.